UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE, FL DIVISION

CASE NO. 17-61941-CIV-ALTONAGA/GOODMAN

TODD M. BECKER

    Plaintiff,

vs.

QUINSTREET, INC., d/b/a
SCHOOLS.COM,
CAMPUSCORNER.COM, and
SEARCHSCHOOLSNETWORK.COM

    Defendant.
_____/

## STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff and Defendant, QuinStreet, Inc., d/b/a schools.com campuscorner.com, and searchschoolsnetwork.com, (collectively, the "Parties"), by and through their respective undersigned counsel, that the above-captioned action is voluntarily dismissed, with prejudice, as to Plaintiff Becker in his individual capacity only, and without prejudice, as to the putative class, and each and every alleged unnamed class member, against Defendant Quinstreet, Inc., d/b/a schools.com, campuscorner.com, and searchschoolsnetwork.com pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). It is further stipulated and agreed that all Parties shall bear their own attorneys' fees and costs.

Dated: March 13, 2018                              Respectfully submitted,

*/s/ Manuel S. Hiraldo*                            */s/ Matthew C. Luzadder*
Manuel S. Hiraldo                                  Matthew C. Luzadder (FBN: 0011286)
HIRALDO P.A.                                       Kelley Drye & Warren LLP
Florida Bar No. 030380                             333 West Wacker Drive, 26th Floor
401 E. Las Olas Boulevard                          Chicago, IL 60606
Suite 1400                                         mluzadder@kelleydrye.com
Ft. Lauderdale, Florida 33301                      Telephone: (312) 857-7070
Email: mhiraldo@hiraldolaw.com                     Facsimile: (312) 857-7095
Telephone: 954.400.4713

-and-                                              - and -

                                                   Lauri A. Mazzuchetti
TYCKO & ZAVAREEI LLP                               Kelley Drye & Warren LLP
Andrea Gold                                        One Jefferson Road, 2nd Floor
Andrew J. Silver                                   Parsippany, NJ 07054
1828 L Street NW, Suite 1000                       lmazzuchetti@kelleydrye.com
Washington, DC 20036                               Tel: (973) 503-5900
Email: jkaliel@tzlegal.com                         Fax: (973) 503-5950
Email: asilver@tzlegal.com
Telephone: 202-973-0900                            -and-
Fax: 202-973-0950
                                                   Marisa A. Lorenzo
- and -                                            Malavika A. Rao
                                                   Kelley Drye & Warren LLP
SHAMIS & GENTILE, P.A.                             101 Park Avenue
Andrew J. Shamis                                   New York, NY 10178
Florida Bar No. 101754                             mlorenzo@kelleydrye.com
14 NE 1st Avenue, Suite 400                        mrao@kelleydrye.com
Miami, Florida 33132                               Tel: (212) 808-7800
Telephone: (305) 479-2299                          Fax: (212) 808-7897
Fax: (786) 623-0915
Email: ashamis@shamisgentile.com                   *Attorneys for Defendant QuinStreet, Inc.*

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2018, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court for the United States District Court, Southern District of Florida, by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

Dated: March 13, 2018

      */s/ Matt Luzadder*
      Matt Luzadder (FBN: 0011286)

      *Counsel for Defendant*